# Court of Appeals
# of the State of Georgia

ATLANTA,  September 29, 2017

*The Court of Appeals hereby passes the following order:*

**A18D0092.  WILLIAM LEE CLIFTON, JR. v. THE STATE.**

William Lee Clifton, Jr. filed this application for discretionary review seeking to appeal the trial court's order denying his motion to withdraw his guilty plea.  An order denying a motion to withdraw a guilty plea may be appealed directly.  See *Smith v. State*, 283 Ga. 376 (659 SE2d 380) (2008).  Ordinarily, we will grant a timely application when the lower court's order is subject to direct appeal.  See OCGA § 5-6-35 (j).  Clifton, however, has already filed a notice of appeal from the trial court's order.[1]  Accordingly, this application is superfluous, and it is therefore DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  09/29/2017*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*

---

[1] As an exhibit to this application, Clifton attached a file-stamped copy of his notice of appeal.